7jgmtwoh (7/12)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

*In Re:*  Timothy David Schukman
*Debtor*

*Bankruptcy Case No.*
12–60818–abf7

**J. Kevin Checkett**
    Plaintiff(s)

*Adversary Case No.*
14–06002–abf

v.

**HSBC BANK USA**
    Defendant(s)

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is entered in favor of the Trustee and against HSBC Bank, USA and HSBC Bank Nevada and any lien or security interest they each may claim upon the 2007 Kawasaki is void, satisfied, and unenforceable.
ORDERED, the Missouri Director of Revenue shall issue a free and clear title upon the 2007 Kawasaki as above−described to Country Traders or its assignees upon proper application and tender of filing fees.

    Ann Thompson
    Court Executive

    By: /s/ Sharon Greene
        Deputy Clerk

Date of issuance: 2/21/14

Court to serve